1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ELISABETH WHITE, | Case No.: 2:22-cv-00721-MWF-MAA |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| MANTECH INTERNATIONAL CO., | |
| Defendant. | |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1.

ORDER RE STIPULATED PROTECTIVE ORDER

# ORDER

Based on the parties' Stipulated Protective Order and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the stipulation is entered as an Order of this Court.

**IT IS SO ORDERED.**

DATED: August 8, 2022

By _____
Honorable Maria A. Audero
Magistrate Judge of the United States District Court