JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELISABETH WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>MANTECH INTERNATIONAL CO.,<br><br>            Defendant. | Case No.  2:22-cv-00721-MWF- MAA<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL**<br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

The Court has reviewed and considered the above-captioned Parties' Joint Stipulation of Dismissal.

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice with each party bearing its respective fees and costs.

**IT IS SO ORDERED.**

DATED: _December 14,_____2022.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE